UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 19-47261-705 |
| | ) Honorable Charles E. Rendlen, III |
| SANDRA L. JOST, | ) Chapter 7 |
| | ) |
| Debtor. | ) **TRUSTEE'S LIMITED OBJECTION** |
| | ) **TO THE MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |

**TRUSTEE'S LIMITED OBJECTION TO THE
MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW David A. Sosne, Chapter 7 Trustee for the Debtor, and for his Limited Objection to the Motion for Relief from Stay filed by Bank of America, N.A., states to the Court as follows:

1. Sandra L. Jost (the "Debtor") filed a Voluntary Petition for Relief pursuant to Chapter 7 of the Bankruptcy Code on or about November 21, 2019.  David A. Sosne was appointed as Chapter 7 Trustee ("Trustee") of Debtor's bankruptcy estate on or about said date.

2. Bank of America, N.A. ("Movant") filed its Motion to Lift Stay (the "Motion") on December 26, 2019.  The Motion seeks relief from stay to foreclose on real estate located at 1451 Selma Ave., St. Louis, MO 63119 (the "Property") and asserts that the Movant is not adequately protected and will suffer irreparable injury, loss, and damage if it is not granted relief from the stay.

3. The Motion indicates that the there is no equity in the Property, but Trustee believes there may be equity sufficient to justify administration.

4. As of the date of this filing, Trustee has not yet obtained an independent valuation of the Property, though Trustee request that the Debtor contact his Real Estate Agent for an

inspection and appraisal of the Property.  At present, Trustee is waiting to hear back from his realtor as to the completion of the inspection and value.

5. In light of the foregoing, Trustee believes that granting relief from the automatic stay in this case would be premature at best and, based on preliminary estimates, inappropriate due to the apparent equity in the property.  Trustee submits that a sale of the property by the estate would pay the Bank in full and provide a distribution to unsecured creditors.

6. In the event the Trustee discovers the bankruptcy estate has no interest in the Property prior to the hearing date, he shall withdraw this Objection.  Similarly, Trustee reserves the right to supplement this objection as he conducts further due diligence.

WHEREFORE, the Trustee prays that this Honorable Court deny the Motion, without prejudice, allow the Trustee to complete his investigation of the Property, to perform his due diligence, and potentially to sell the Property for the benefit of creditors, and grant such further relief as may be just and proper.

Respectfully Submitted,
SUMMERS COMPTON WELLS LLC

Date:  January 13, 2020

By: /s/ Brian J. LaFlamme
Brian J. LaFlamme, #49776MO
Attorney for Trustee
8909 Ladue Road
St. Louis, Missouri  63124
(314)991-4999/(314)991-2413/FAX
trusteeatty@summerscomptonwells.com

2384030-1

2

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on January 13, 2020 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List. I further certify that a true and correct copy of the foregoing document has also been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed below on January 13, 2020:

| | |
|---|---|
| Sandra L. Jost<br>1451 Selma Ave<br>Saint Louis, MO 63119 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 |
| Bank of Ameica Visa<br>P.O. Box 15019<br>Wilmington, DE 19850-5019 | Bank of Ameica-Missouri Nurses Assoc<br>P.O. Box 851001<br>Dallas, TX 75285 |
| Bank of America, N.A.<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | Discover<br>P.O. Box 6103<br>Carol Stream, IL 60197 |
| McNeile & Pappas pc<br>7500 West 110th St.<br>Suite 110<br>Overland Park, KS 66210 | McNeile Pappas Pc<br>4601 College Blvd<br>Suite 200<br>Leawood, KS 66211 |
| Millsap & Singer, LLC<br>612 Spirit Drive<br>St. Louis, MO 63005 | |

Date: January 13, 2020                      /s/ Marquita Monroe

2384030-1            3